# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Rodney Hunter, Individually and On Behalf of All
Others Similarly Situated.

v.

Sirf Technology Holdings, Inc. Michael F.
Canning, Diosdado P. Banatao, Geoffrey Ribar
and Kanwar Chadha

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C08-01210

TO: (Name and address of defendant)

Sirf Technology Holdings, Inc., Michael F. Canning, Diosdado P. Banatao, Geoffrey Ribar and Kanwar
Chadha
217 Devcon Drive
San Jose, CA 95112

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
Alan R Plutzik, Of Counsel (Bar No. 077758)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA  94598
Telephone:  (025) 945-0770

an answer to the complaint which is herewith served upon you, within $20$ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE

FEB 2 8 2008

KELLY COLLINS
(BY) DEPUTY CLERK